GREGORY WAYNE RAMSEY
OSHEENA MARIE RAMSEY
1411 FORBES DR
BYRAM, MS 39272

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ARMS
PO BOX 638
PARIS, TN 38242

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

AVANT/WEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

BAPTIST MEDICAL GROUP
P.O. BOX 74533
ATLANTA, GA 30384-5333

BRENTWOOD BEHAVIORAL H
3531 EAST LAKELAND DR
JACKSON, MS 39212

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CCBANK/NETCREDIT
175 W JACKSON BLVD
CHICAGO, IL 60604

CERULEAN
PO BOX 6812
CAROL STREAM, IL 60197

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

CHILDREN'S PSYCHIATRIC
4500 FRONTAGE RD
STE 234
JACKSON, MS 39211

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

COLLECTION RECEIVABLES
803 SHARTOM DR
AUGUSTA, GA 30907

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
PO.BOX 3220
BUFFALO, NY 12420

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

MRC/UNITED WHOLESALE M
ATTN: BANKRUPTCY
P.O. BOX 619098
DALLAS, TX 75261

PAYPAL
P.O. BOX 105658
ATLANTA, GA 30348-5658

ROCKET LOANS
ATTN: BANKRUPTCY
1050 WOODWARD AVE
DETROIT, MI 48226

SANTANDER BANK
P.O. BOX 961245
FORT WORTH, TX 76161

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

TRUSTCARE HEALTH
PO BOX 14000
BELFAST, ME 04915-4033

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111