Certificate Number: 17082-MSS-DE-041437019

Bankruptcy Case Number: 26-02476

17082-MSS-DE-041437019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2026, at 1:27 o'clock AM MST, GREGORY W RAMSEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 13, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director