**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON MISSISSIPPI DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**GREGORY WAYNE RAMSEY (aka Gregory W Ramsey)AND OSHEENA MARIE RAMSEY;**<br><br>**Debtors.** | **CHAPTER 13**<br>**CASE NO. 26-02476** |

**NOTICE OF APPEARANCE**

Comes now the undersigned and Notices her appearance as attorney of record for Rocket Mortgage, LLC in the above referenced matter.

/s/ Kim Putnam
Kim Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on October 6, 2026, to wit:

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Gregory Wayne Ramsey
1411 Forbes Dr
Byram, MS 39272

Osheena Marie Ramsey
1411 Forbes Dr
Byram, MS 39272

/s/ Kim Putnam
Kim Putnam