**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**GREGORY WAYNE RAMSEY AND**
**OSHEENA MARIE RAMSEY** **CASE NO. 26-02476-JAW**

# TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee, and files this Objection to Confirmation and in support thereof, would show unto the Court the following:

1. The Bankruptcy Code states, "[t]he trustee shall investigate the financial affairs of the debtor."[1]
2. The petition was filed September 10, 2026.
3. The Debtor's plan (Docket #2) proposes to pay unsecured creditors one hundred (100%) percent, an estimated payment of $44,428.58, during the sixty (60) month plan term.
4. The proposed nonpriority unsecured debt total is $249,108.58, however, approximately $15,409.26 in approved unsecured claims have been filed. The deadline for filing non-government claims is November 19, 2026.
5. The Debtors qualify as an above-median-income Debtors.
6. The plan (Docket#2) provides that the Debtors are "to pay [student loans] direct pursuant to contract in place with student loan provider."
7. The Missouri Higher Education Loan Authority (hereinafter "MOHELA") proof of claim has not been filed.

---

[1] 11 U.S.C. § 704(a) (4).

8. The Debtor should be required to provide strict proof and documentation of the student loan servicing agreement and payment history that confirms the student loans payments are current to the Trustee.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the Confirmation, or in the alternative, the Debtor should be required to provide documentation of the student loan servicer repayment plan, payment history, and current repayment status for Missouri Higher Education Loan Authority (MOHELA); and any further general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: November 6, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*

Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: sellis@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Semoune Ellis, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Objection to Confirmation to the following, all by ECF system: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

DATED: November 6, 2026

/s/ *Semoune Ellis*
Semoune Ellis