**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**GREGORY WAYNE RAMSEY AND**
**OSHEENA MARIE RAMSEY** **CASE NO. 26-02476-JAW**

# CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court for a hearing on the Trustee's Objection to Confirmation (Docket #20). The Court, having fully considered the matter and finding the parties in agreement, does hereby order that the Objection should be overruled in part.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to Confirmation is hereby overruled in part based on the condition that the Debtor(s) shall provide documentation from the student loan servicer, Missouri Higher Education Loan Authority (MOHELA), evidencing the Debtor(s) current and active student loan repayment plan and agreement to the Trustee **within thirty (30) days** of the entry of this Order.

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to timely adhere to the aforementioned condition the Debtors' plan shall be timely modified to pay the student loans through the Chapter 13 plan.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com